IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD GOLD TRUST SERVICES, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN TEMPLETON HOLDINGS TRUST, a Delaware statutory trust;<br><br>FRANKLIN HOLDINGS LLC, a Delaware limited liability company; and<br><br>FRANKLIN DISTRIBUTORS, LLC, a Delaware limited liability company,<br><br>    Defendants. | Civil Action No. 1:22-cv-08641-AKH |

**NOTICE REGARDING SERVICE OF PROCESS**

    Plaintiff World Gold Trust Services, LLC filed the Complaint against Defendants Franklin Templeton Holdings Trust, Franklin Holdings LLC, and Franklin Distributors, LLC, on October 11, 2022. (ECF No. 1.) Shortly thereafter, Plaintiff contacted Defendants to discuss an informal resolution of this matter. The Parties are currently engaged in settlement negotiations.

    Plaintiff has not served Defendants. Under Fed. R. Civ. P. 4(m), the time limit for service is currently January 9, 2023. Plaintiff hereby provides notice that, to avoid wasting resources of the Parties and the Court, Plaintiff does not currently plan to serve the Complaint until on or around January 9, 2023. Plaintiff will either effect service before January 9, 2023, or seek an extension, if the Parties have not resolved this matter by that time.

                Respectfully submitted,

Dated:  December 2, 2022      By:   */s/ Ian G. DiBernardo*
                Ian G. DiBernardo
                Jason Sobel
                Brown Rudnick LLP
                7 Times Square
                New York, NY 10036
                Tel:    212-209-4879
                Fax:   212-806-7867
                idibernardo@brownrudnick.com
                jsobel@brownrudnick.com

Robert R. Brunelli (Application for admission *pro hac vice* forthcoming)
    rbrunelli@sheridanross.com
Brian Boerman
New York State Bar No. 4741211
    bboerman@sheridanross.com
Sarah J. Schneider (Application for admission *pro hac vice* forthcoming)
    sschneider@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado  80202
Phone:  303-863-9700
Facsimile: 303-863-0223
E-Mail:  litigation@sheridanross.com

**ATTORNEYS FOR PLAINTIFF**
**WORLD GOLD TRUST SERVICES, LLC**