**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WORLD GOLD TRUST SERVICES, LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANKLIN TEMPLETON HOLDINGS TRUST, ) <br> a Delaware statutory trust; ) <br> ) <br> FRANKLIN HOLDINGS, LLC, ) <br> a Delaware limited liability company; and ) <br> ) <br> FRANKLIN DISTRIBUTORS, LLC, ) <br> a Delaware limited liability company, ) <br>     Defendants ) <br> ) | Civil Action No. 1:22-cv-8641-AKH <br><br> MOTION FOR ADMISSION <br> <u>PRO HAC VICE</u> |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jordan Arnot Leahey hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Franklin Templeton Holdings Trust, Franklin Holdings, LLC, and Franklin Distributors, LLC in the above captioned action.

I am in good standing with the Bar of the State of Illinois and the State of Colorado. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 10, 2023

        Respectfully submitted,

        /s/__Jordan Arnot Leahey_____
        Jordan Arnot Leahey
        Culhane Meadows PLLC
        13101 Preston Road, Ste. 110-1510
        Dallas, Texas 75240
        312-953-0412
        jleahey@cm.law

*Attorneys for Defendants*