UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WORLD GOLD TRUST SERVICES, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANKLIN TEMPLETON HOLDINGS TRUST, a Delaware statutory trust;<br><br>FRANKLIN HOLDINGS, LLC, a Delaware limited liability company; and<br><br>FRANKLIN DISTRIBUTORS, LLC, a Delaware limited liability company,<br>　　　　Defendants | Civil Action No. 1:22-cv-8641-AKH |

## ORDER GRANTING UNOPPOSED MOTION FOR STAY

Having considered defendants Franklin Templeton Holdings Trust, Franklin Holdings, LLC, and Franklin Distributors, LLC's (the "Defendants") Unopposed Motion for Stay (the "Stay Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Stay Motion is GRANTED;

2. This action is hereby stayed;

3. Upon thirty days after the entry of this Order, the parties shall file a joint report with the Court advising whether the stay should be lifted or extended.

4. The Clerk shall terminate ECF Nos. 55 and 56.

SO ORDERED

Dated:　April 10, 2023　　　　　　　　　　　　　/s/ Alvin K. Hellerstein

　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　Hon. Alvin K. Hellerstein